1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                     CASE NO. 11-60294-CR-COOKE


UNITED STATES OF AMERICA,

          Plaintiff,                       JULY 19, 2012
     vs.
                                           MIAMI, FLORIDA
YAN SKWARA

          Defendant.
_____/          Pages 1 - 16


                  TRANSCRIPT OF SENTENCING HEARING
                BEFORE THE HONORABLE MARCIA G. COOKE
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:     RON DAVIDSON, AUSA
                        Office of U.S. Attorney
                        99 NE 4th Street
                        Miami, Florida  33132


FOR THE DEFENDANT:      CHAD WILLIAMS, ESQ.
                        Davis, Graham & Stubbs, LLP
                        1550 17th Street  Ste. 500
                        Denver, CO  30202

                        HENRY BELL, ESQ.
                        Henry P. Bell PA
                        6301 Sunset Drive
                        South Miami, Florida  33143


Reported By:            Diane Miller, RMR, CRR
                        Official United States Court Reporter
                        400 N. Miami Avenue, Room 11-2
                        Miami, FL  33128
                        (305)523-5152
                        diane_miller@flsd.uscourts.gov
```

Thursday, July 19, 2012.

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2           THE COURTROOM DEPUTY:  Your Honor, we have our
 3   sentencing this morning on U.S.A. versus Yan Skwara, case
 4   number 11-60294.
 5           THE COURT:  For the record, appearing on behalf of
 6   the United States?
 7           MR. DAVIDSON:  Good morning, Your Honor, Ron Davidson
 8   on behalf of the United States.
 9           THE COURT:  Appearing on behalf of Mr. Skwara?
10           MR. WILLIAMS:  Good morning, Chad Williams on behalf
11   of Mr. Skwara, who is present; also present is Henry Bell.
12           THE COURT:  Thank you.
13           Today is the date and time --
14           Probation, you may be seated.
15           Spectators, you may be seated.
16           Today is the date and time, Counsel, for your
17   client's sentencing in this matter.  Are you prepared to
18   proceed?
19           MR. WILLIAMS:  Yes, Your Honor.
20           THE COURT:  Have you had an opportunity to read and
21   review the presentence report?
22           MR. WILLIAMS:  We have.
23           THE COURT:  Are there any additions, deletions, or
24   corrections you wish the Court to make?
25           MR. WILLIAMS:  No, Your Honor.
```

Thursday, July 19, 2012.

```
 1            THE COURT:  Counsel for the United States, you filed
 2   a motion pursuant to 5K1.1, correct.
 3            MR. DAVIDSON::  That is correct, Your Honor.  We are
 4   seeking a reduction of the defendant's guideline range to a
 5   account for his cooperation.  I am prepared to proceed Your
 6   Honor.
 7            THE COURT:  Please.
 8            MR. DAVIDSON::  Thank you, Judge.
 9            We are seeking a reduction due to his cooperation
10   against Mr. Newton.  You are aware of the case regarding
11   Mr. Newton because you presided over his conviction.
12            Just to give you a sense of the extent of the
13   cooperation that Mr. Skwara provided, I believe he had two
14   trips to Miami.  He did meet with me in San Diego, and he
15   obviously testified before Your Honor truthfully about his
16   role in the conspiracy to commit securities fraud.  So his
17   constant willingness to meet with us, but I think it actually
18   goes a little beyond that, Your Honor.
19            You will notice that the PSI calculates the guideline
20   range to be 18 to 24 months, but that's really because
21   Mr. Skwara agreed to everything we put before him.
22            For example, Judge, we, in preparing this case,
23   noticed that the original plea agreement had a mistake.  We
24   went back to Mr. Skwara, and said, Look, we actually found a
25   mistake, if we told the Court, that would hurt you.
```

1          Mr. Skwara said, that's fine, I want to be up front
2    with the Court.
3          We revealed it to Probation, he got additional two
4    levels there.
5          He didn't fight the loss amount, sophisticated means;
6    he didn't fight the reporting requirement.  Everything that
7    the Government asked him to agree to, he agreed to in the
8    guidelines.  Everything the Government asked him to do, as far
9    as meetings and testimony, he agreed to do.
10         So we look at sort of the guidelines as really kind
11   of high for what is going on here, because he sort of put
12   himself in the position where the guidelines were as high as
13   they were because he said, look, I'm going to be cooperating
14   from the beginning; I'm never going to fight with the
15   Government; I want to be on Team U.S.A., I want to cooperate
16   against Mr. Newton.
17         If we look at the guideline range, it is kind of high
18   because he agreed to everything that the Government put before
19   him, and that is why we believe a significant reduction is
20   appropriate.
21         The other factors, Judge, that I thought about in
22   reviewing this case is how important Mr. Newton was to
23   recruiting Mr. Skwara; and how, if you are considering the
24   3553 factors and the different roles, it's Mr. Newton's fault
25   really for what circumstance Mr. Skwara finds him here.

Thursday, July 19, 2012.

```
 1              Mr. Newton called Mr. Skwara after Mr. Newton did his
 2   illegal deals and was shut down.  Mr. Newton, as you remember,
 3   from the tapes, really was egging him on, Please, let's do
 4   more deals; please, let's do more deals.  He was the initiator
 5   that brought in Mr. Skwara, his friend.
 6              I believe the testimony at the trial was showed that
 7   it was kind of a mentoring relationship.  Mr. Skwara looked up
 8   to Mr. Newton as his mentor; and then, Mr. Newton goes ahead
 9   and sort of violates that trust that Mr. Skwara put in
10   Mr. Newton.
11              I think the testimony at the trial also showed that
12   Mr. Newton received a good chunk of the money that Mr. Skwara
13   received from the fraud.  And in stark contrast, Mr. Skwara
14   only did two deals.  And when they were shut down, he said,
15   okay, I'm not going to pursue this anymore.  If you will
16   remember, it is Mr. Newton who constantly wanted to pursue
17   more, to do more, to engage in more fraud, and Mr. Skwara was
18   just the opposite.
19              So those are sort of other factors that I considered
20   and our office considered when coming up with a recommended
21   sentence.  So we took in the extensiveness of his cooperation,
22   the high guideline range, the 3553 factors, and we thought of
23   a sentence of probation was appropriate to account for all of
24   his cooperation and all of the other 3553 factors.
25              I think there are some conditions that the Court can
```

```
 1  impose on the supervised release to account for some of the
 2  concerns, for example, the drug treatment or drug monitoring,
 3  community service, and a fine to account for the gains of
 4  about $5,000 that he received.  Just putting those on him to
 5  show that there are consequences to your decision.  But I
 6  think Mr. Skwara really made a turnaround after getting caught
 7  and said, "Look, I want to do the right thing," and that's the
 8  factor we want the court to consider.
 9           THE COURT:  Counsel for the defendant?
10           MR. WILLIAMS:  Thank you, Your Honor.
11           I know you know much about this case and saw him
12  testify, and I know we submitted a lot in paper including our
13  sentencing memorandum and the letters attached, so I only have
14  a few prepared comments.
15           I thought I would tell you a story, briefly, about
16  Mr. Skwara's first interaction with the U.S. Attorney's Office
17  in this case, because I think what happened can get a little
18  bit lost in everything that has been presented to you.
19           When Mr. Skwara, about a year-and-a-half ago, was
20  contacted by the FBI, he enlisted me, and we made a trip here
21  to visit with the U.S. Attorney then Ryan O'Quinn.
22           Mr. O'Quinn told Mr. Skwara, in no uncertain terms,
23  that Mr. Skwara was going to be indicted and presented some of
24  the evidence to us.  At that moment and with complete
25  sincerity, Mr. Skwara agreed to plead guilty in this case to
```

1  the 18 U.S.C. 371 count knowing a few things:  One, that he
2  was going to have to resign in the next 24 hours from his
3  position as the CEO of a public company; that he was never
4  again going to have a job of a similar nature; that his
5  friends and family would not look on him the same way; and
6  that his life had changed forever.  And he agreed to do this
7  importantly, Your Honor, believing that he was signing up for
8  a term of incarceration.
9          And I want to remind the court about this, because I
10 think it's important at the time that Mr. Skwara agreed to
11 accept this plea agreement, Mr. Newton was not proceeding to
12 trial.  And in fact, as we were flying to Florida to talk to
13 Mr. O'Quinn about this case, Mr. Skwara believed that
14 Mr. Newton had been involved actually in the sting operation,
15 that he had set Mr. Skwara up, and this is evidence further of
16 some of the things that Mr. Davidson just advised the Court
17 that Mr. Newton did kind of have this aggressive mentoring
18 style in attempting to entangle Mr. Skwara in this event --
19 these two events.  And so that is an important point, because
20 it goes to the level of sincerity of his acceptance of
21 responsibility in this case and his fairness belief that he
22 had done something wrong and was ready to accept the
23 consequences of his acts.
24         It did happen, gratuitously for him, that Mr. Newton
25 decided to go to trial; and so at some period of time later,

Thursday, July 19, 2012.

1  Mr. Skwara was again contacted by the U.S. Attorney's Office
2  and did agree to cooperate.  You have heard the extent of that
3  cooperation.  I won't repeat it other than to say he did it on
4  his own volition and on his own dime.  Every time he made a
5  trip to Florida, he paid for that.
6            He has done much in an effort to cooperate with the
7  Government and to be completely open and honest and to provide
8  some form of -- to the Government of retribution for his bad
9  conduct.
10           Everyone in this courtroom, Your Honor, the
11 prosecutor and defense lawyers alike, agree on the sentence in
12 this case.
13           I will say if the Court is inclined to give
14 Mr. Skwara a sentence of probation, I'll address briefly the
15 restriction on self-employment where the case involved
16 allegations of fraud.
17           One of the very good things that Mr. Skwara has done
18 since resigning from US Farms is to start a business that is a
19 retail business in the soccer arena, so to speak.  Mr. Skwara,
20 as you know from his PSI, was once a professional soccer
21 player, is very involved in that sport, still lives it very
22 much.  His retail store is a soccer store, and it includes
23 also the management of a minor legal soccer team and coaches,
24 assistant coaches, and players.  And so, I would ask the
25 Court, in the event the Court does decide to sentence him to

```
 1  probation, to make a special finding that he may continue in
 2  that business conduct, despite the fraud allegations in this
 3  case.
 4           THE COURT:  Thank you.
 5           Does your client have anything to say to the Court
 6  before I proceed?
 7           MR. WILLIAMS:  He does, Your Honor.
 8           THE COURT:  Sir, would you please stand?
 9           THE DEFENDANT:  Good morning, Your Honor.
10           I take full responsibility for my actions.  I regret
11  my actions, as they were inexcusable.
12           I would like to apologize to you, Your Honor,
13  directly because my actions were inexcusable, and my decision
14  making was poor, at the time.
15           I would like to also apologize to the U.S.
16  Government, to Mr. Davidson, as I am truly sorry for my
17  actions.  They were not meant to hurt anyone.
18           I would also like to apologize to the US Farms
19  shareholders.  I valued my service to the company.
20           And I would like to also apologize to my family, and
21  friends, specifically my mom and her husband for supporting
22  me.  This was a big mistake that I regret, and I am truly
23  sorry.
24           THE COURT:  I'm going to ask the defendant and his
25  counsel to remain standing.
```

Thursday, July 19, 2012.

1          For the record, Mr. Davidson, your motion for 5K1.1
2  is granted.
3          Mr. Skwara, it's clear to me that you are a good
4  person who just made a bad decision, and I've had a lot of
5  people that walk in front of me who are bad people who
6  consistently make bad decisions.
7          I think in reading the presentence report, it shows
8  that you have overcome a lot of obstacles.  Your alcoholism,
9  even through this, you managed to stay sober.  You have the
10 support of your family, which a lot of people don't have when
11 they walk into court.  I really think after today, I won't see
12 you anymore, which is actually a good thing.
13         The total offense level is 15, the criminal history
14 category is one, the advisory guideline range is 18 to 24
15 months.  I will be sentencing the defendant outside of the
16 advisory guideline range based upon the 3553 factors and the
17 recommendation of the Government.
18         I find the defendant is not able to pay a fine, and I
19 will not be ordering a fine in this case.
20         It is the judgment of the Court that the defendant is
21 hereby placed on probation for a period of two years as to
22 count one.  While on probation, the defendant shall not commit
23 any crimes, shall be prohibited from possessing a firearm or
24 other dangerous device, shall not possess a controlled
25 substance, shall cooperate in the collection of DNA, shall

Thursday, July 19, 2012.

1  comply with the standard conditions of probation including the
2  following special conditions:  The substance abuse treatment,
3  however, I will note to Probation, since he has been compliant
4  with AA, and if you find out that that's working for him,
5  there is no need to order anything else, as long as you see
6  that he is compliant there; the related concern restriction,
7  as noted in Part G of the presentence report, and all of the
8  other normal standard conditions of probation, and the
9  100-dollar special assessment.
10          Mr. Davidson, there is a forfeiture in this case?
11          MR. DAVIDSON::  There was, Judge.  I think the
12 wrinkle was trying exactly how to calculate it.  I think it
13 would be the $40,000 that he received.  I will submit a
14 preliminary order.
15          THE COURT:  I'll leave that up to the Government.
16 You have three days to do so.  If you determine there are no
17 assets to be forfeited, then you may proceed.  You don't have
18 to do that.
19          Now that sentence has been imposed, do the defendant
20 or Counsel object to the Court's finding of fact or manner
21 which the sentence was pronounced?
22          MR. WILLIAMS:  No, ma'am.  Thank you.
23          THE COURT:  Sir, you have a right to appeal the
24 sentence imposed.  Any notice of appeal must be filed within
25 14 days.  If you are unable to pay the cost of an appeal, you

```
 1  may apply for leave to appeal in forma pauperis.
 2          Good luck to you, Mr. Skwara.  As I said, hopefully,
 3  I'll never see you again.
 4          THE DEFENDANT:  Your Honor, thank you very much.
 5          THE COURT:  Court in recess until 10:30.
 6          MR. DAVIDSON::  Thank you, Your Honor.
 7          MR. WILLIAMS:  Thank you.
 8       (PROCEEDINGS ADJOURNED AT 10:03 A.M.)
 9                      **C-E-R-T-I-F-I-C-A-T-E**
10          I hereby certify that the foregoing is an accurate
11  transcription and proceedings in the above-entitled matter.
12  **6/12/2013**                    /s/ **DIANE MILLER**
     DATE                        DIANE MILLER, RMR, CRR
13                               Official United States Court Reporter
                                 Wilkie D. Ferguson Jr. U.S. Courthouse
14                               400 North Miami Avenue, Suite 11-2
                                 Miami, FL  33128
15                               305- 523-5152   (fax) 305-523-5159
16
17
...
25
```

Thursday, July 19, 2012.

USA vs. Skwara                                                                                                                                                                    13

| $ | account [4]  3/5 5/23 6/1 6/3 | believed [1]  7/13 |
|---|---|---|
| $40,000 [1]  11/13 | accurate [1]  12/10 | believing [1]  7/7 |
| $5,000 [1]  6/4 | actions [4]  9/10 9/11 9/13 9/17 | BELL [3]  1/18 1/18 2/11 |
| **/** | acts [1]  7/23 | beyond [1]  3/18 |
| /s [1]  12/12 | actually [4]  3/17 3/24 7/14 10/12 | big [1]  9/22 |
| **1** | additional [1]  4/3 | bit [1]  6/18 |
| 100-dollar [1]  11/9 | additions [1]  2/23 | briefly [2]  6/15 8/14 |
| 10:03 [1]  12/8 | address [1]  8/14 | brought [1]  5/5 |
| 10:30 [1]  12/5 | ADJOURNED [1]  12/8 | business [3]  8/18 8/19 9/2 |
| 11-2 [2]  1/22 12/14 | advised [1]  7/16 | **C** |
| 11-60294 [1]  2/4 | advisory [2]  10/14 10/16 | C-E-R-T-I-F-I-C-A-T-E [1]  12/9 |
| 11-60294-CR-COOKE [1]  1/2 | after [3]  5/1 6/6 10/11 | calculate [1]  11/12 |
| 14 [1]  11/25 | again [3]  7/4 8/1 12/3 | calculates [1]  3/19 |
| 15 [1]  10/13 | against [2]  3/10 4/16 | called [1]  5/1 |
| 1550 [1]  1/16 | aggressive [1]  7/17 | can [2]  5/25 6/17 |
| 16 [1]  1/7 | ago [1]  6/19 | case [15] |
| 17th [1]  1/16 | agree [3]  4/7 8/2 8/11 | category [1]  10/14 |
| 18 [3]  3/20 7/1 10/14 | agreed [7]  3/21 4/7 4/9 4/18 6/25 7/6 7/10 | caught [1]  6/6 |
| 19 [1]  1/4 | agreement [2]  3/23 7/11 | CEO [1]  7/3 |
| **2** | ahead [1]  5/8 | certify [1]  12/10 |
| 2012 [1]  1/4 | alcoholism [1]  10/8 | CHAD [2]  1/15 2/10 |
| 2013 [1]  12/12 | alike [1]  8/11 | changed [1]  7/6 |
| 24 [3]  3/20 7/2 10/14 | all [3]  5/23 5/24 11/7 | chunk [1]  5/12 |
| **3** | allegations [2]  8/16 9/2 | circumstance [1]  4/25 |
| 30202 [1]  1/17 | also [6]  2/11 5/11 8/23 9/15 9/18 9/20 | clear [1]  10/3 |
| 305 [2]  1/23 12/15 | am [3]  3/5 9/16 9/22 | client [1]  9/5 |
| 305-523-5159 [1]  12/15 | AMERICA [1]  1/3 | client's [1]  2/17 |
| 33128 [2]  1/22 12/14 | amount [1]  4/5 | CO [1]  1/17 |
| 33132 [1]  1/14 | any [3]  2/23 10/23 11/24 | coaches [2]  8/23 8/24 |
| 33143 [1]  1/19 | anymore [2]  5/15 10/12 | collection [1]  10/25 |
| 3553 [4]  4/24 5/22 5/24 10/16 | anyone [1]  9/17 | coming [1]  5/20 |
| 371 [1]  7/1 | anything [2]  9/5 11/5 | comments [1]  6/14 |
| **4** | apologize [4]  9/12 9/15 9/18 9/20 | commit [2]  3/16 10/22 |
| 400 [2]  1/22 12/14 | appeal [4]  11/23 11/24 11/25 12/1 | community [1]  6/3 |
| 4th [1]  1/13 | APPEARANCES [1]  1/11 | company [2]  7/3 9/19 |
| **5** | appearing [2]  2/5 2/9 | complete [1]  6/24 |
| 500 [1]  1/16 | apply [1]  12/1 | completely [1]  8/7 |
| 5152 [2]  1/23 12/15 | appropriate [2]  4/20 5/23 | compliant [2]  11/3 11/6 |
| 5159 [1]  12/15 | are [13] | comply [1]  11/1 |
| 523-5152 [2]  1/23 12/15 | arena [1]  8/19 | concern [1]  11/6 |
| 5K1.1 [2]  3/2 10/1 | as [17] | concerns [1]  6/2 |
| **6** | ask [2]  8/24 9/24 | conditions [4]  5/25 11/1 11/2 11/8 |
| 6/12/2013 [1]  12/12 | asked [2]  4/7 4/8 | conduct [2]  8/9 9/2 |
| 60294 [1]  2/4 | assessment [1]  11/9 | consequences [2]  6/5 7/23 |
| 6301 [1]  1/19 | assets [1]  11/17 | consider [1]  6/8 |
| **9** | assistant [1]  8/24 | considered [2]  5/19 5/20 |
| 99 [1]  1/13 | attached [1]  6/13 | considering [1]  4/23 |
| **A** | attempting [1]  7/18 | consistently [1]  10/6 |
| A.M [1]  12/8 | Attorney [2]  1/13 6/21 | conspiracy [1]  3/16 |
| AA [1]  11/4 | Attorney's [2]  6/16 8/1 | constant [1]  3/17 |
| able [1]  10/18 | AUSA [1]  1/12 | constantly [1]  5/16 |
| about [8]  3/15 4/21 6/4 6/11 6/15 6/19 7/9 7/13 | Avenue [2]  1/22 12/14 | contacted [2]  6/20 8/1 |
| above [1]  12/11 | aware [1]  3/10 | continue [1]  9/1 |
| above-entitled [1]  12/11 | **B** | contrast [1]  5/13 |
| abuse [1]  11/2 | back [1]  3/24 | controlled [1]  10/24 |
| accept [2]  7/11 7/22 | bad [4]  8/8 10/4 10/5 10/6 | conviction [1]  3/11 |
| acceptance [1]  7/20 | based [1]  10/16 | COOKE [2]  1/2 1/9 |
| | be [14] | cooperate [4]  4/15 8/2 8/6 10/25 |
| | because [9]  3/11 3/20 4/11 4/13 4/18 6/17 7/9 7/19 9/13 | cooperating [1]  4/13 |
| | been [4]  6/18 7/14 11/3 11/19 | cooperation [6]  3/5 3/9 3/13 5/21 5/24 8/3 |
| | before [5]  1/9 3/15 3/21 4/18 9/6 | correct [2]  3/2 3/3 |
| | beginning [1]  4/14 | corrections [1]  2/24 |
| | behalf [4]  2/5 2/8 2/9 2/10 | cost [1]  11/25 |
| | belief [1]  7/21 | counsel [5]  2/16 3/1 6/9 9/25 11/20 |
| | believe [3]  3/13 4/19 5/6 | count [2]  7/1 10/22 |
| | | court [17] |

7/19/12

| **C** | evidence [2]  6/24 7/15 | **H** |
|---|---|---|
| Court's [1]  11/20 | exactly [1]  11/12 | |
| Courthouse [1]  12/13 | example [2]  3/22 6/2 | had [8]  2/20 3/13 3/23 7/6 7/14 7/15 7/22 10/4 |
| courtroom [1]  8/10 | extensiveness [1]  5/21 | half [1]  6/19 |
| CR [1]  1/2 | extent [2]  3/12 8/2 | happen [1]  7/24 |
| crimes [1]  10/23 | **F** | happened [1]  6/17 |
| criminal [1]  10/13 | | has [5]  6/18 8/6 8/17 11/3 11/19 |
| CRR [2]  1/21 12/12 | fact [2]  7/12 11/20 | have [15] |
| **D** | factor [1]  6/8 | he [30] |
| | factors [6]  4/21 4/24 5/19 5/22 5/24 10/16 | heard [1]  8/2 |
| dangerous [1]  10/24 | fairness [1]  7/21 | HEARING [1]  1/9 |
| date [3]  2/13 2/16 12/12 | family [3]  7/5 9/20 10/10 | HENRY [3]  1/18 1/18 2/11 |
| DAVIDSON [6]  1/12 2/7 7/16 9/16 10/1 11/10 | far [1]  4/8 | her [1]  9/21 |
| Davis [1]  1/16 | Farms [2]  8/18 9/18 | here [3]  4/11 4/25 6/20 |
| days [2]  11/16 11/25 | fault [1]  4/24 | hereby [2]  10/21 12/10 |
| deals [4]  5/2 5/4 5/4 5/14 | fax [1]  12/15 | high [4]  4/11 4/12 4/17 5/22 |
| decide [1]  8/25 | FBI [1]  6/20 | him [12]  3/21 4/7 4/8 4/19 4/25 5/3 6/4 6/11 7/5 7/24 8/25 11/4 |
| decided [1]  7/25 | Ferguson [1]  12/13 | himself [1]  4/12 |
| decision [3]  6/5 9/13 10/4 | few [2]  6/14 7/1 | his [22] |
| decisions [1]  10/6 | fight [3]  4/5 4/6 4/14 | history [1]  10/13 |
| defendant [9]  1/7 1/15 6/9 9/24 10/15 10/18 10/20 10/22 11/19 | filed [2]  3/1 11/24 | honest [1]  8/7 |
| defendant's [1]  3/4 | find [2]  10/18 11/4 | Honor [16] |
| defense [1]  8/11 | finding [2]  9/1 11/20 | HONORABLE [1]  1/9 |
| deletions [1]  2/23 | finds [1]  4/25 | hopefully [1]  12/2 |
| Denver [1]  1/17 | fine [4]  4/1 6/3 10/18 10/19 | hours [1]  7/2 |
| despite [1]  9/2 | firearm [1]  10/23 | how [3]  4/22 4/23 11/12 |
| determine [1]  11/16 | first [1]  6/16 | however [1]  11/3 |
| device [1]  10/24 | FL [2]  1/22 12/14 | hurt [2]  3/25 9/17 |
| diane [4]  1/21 1/23 12/12 12/12 | FLORIDA [6]  1/1 1/5 1/14 1/19 7/12 8/5 | husband [1]  9/21 |
| did [7]  3/14 5/1 5/14 7/17 7/24 8/2 8/3 | flsd.uscourts.gov [1]  1/23 | **I** |
| didn't [2]  4/5 4/6 | flying [1]  7/12 | |
| Diego [1]  3/14 | following [1]  11/2 | I'll [3]  8/14 11/15 12/3 |
| different [1]  4/24 | foregoing [1]  12/10 | I'm [4]  4/13 4/14 5/15 9/24 |
| dime [1]  8/4 | forever [1]  7/6 | I've [1]  10/4 |
| directly [1]  9/13 | forfeited [1]  11/17 | illegal [1]  5/2 |
| DISTRICT [3]  1/1 1/1 1/10 | forfeiture [1]  11/10 | important [3]  4/22 7/10 7/19 |
| DNA [1]  10/25 | form [1]  8/8 | importantly [1]  7/7 |
| do [10]  4/8 4/9 5/3 5/4 5/17 6/7 7/6 11/16 11/18 11/19 | forma [1]  12/1 | impose [1]  6/1 |
| does [3]  8/25 9/5 9/7 | found [1]  3/24 | imposed [2]  11/19 11/24 |
| dollar [1]  11/9 | fraud [5]  3/16 5/13 5/17 8/16 9/2 | incarceration [1]  7/8 |
| don't [2]  10/10 11/17 | friend [1]  5/5 | inclined [1]  8/13 |
| done [3]  7/22 8/6 8/17 | friends [2]  7/5 9/21 | includes [1]  8/22 |
| down [2]  5/2 5/14 | front [2]  4/1 10/5 | including [2]  6/12 11/1 |
| Drive [1]  1/19 | full [1]  9/10 | indicted [1]  6/23 |
| drug [2]  6/2 6/2 | further [1]  7/15 | inexcusable [2]  9/11 9/13 |
| due [1]  3/9 | **G** | initiator [1]  5/4 |
| **E** | | interaction [1]  6/16 |
| | gains [1]  6/3 | involved [3]  7/14 8/15 8/21 |
| effort [1]  8/6 | get [1]  6/17 | is [30] |
| egging [1]  5/3 | getting [1]  6/6 | it [15] |
| else [1]  11/5 | give [2]  3/12 8/13 | it's [3]  4/24 7/10 10/3 |
| employment [1]  8/15 | go [1]  7/25 | **J** |
| engage [1]  5/17 | goes [3]  3/18 5/8 7/20 | |
| enlisted [1]  6/20 | going [8]  4/11 4/13 4/14 5/15 6/23 7/2 7/4 9/24 | job [1]  7/4 |
| entangle [1]  7/18 | good [8]  2/7 2/10 5/12 8/17 9/9 10/3 10/12 12/2 | Jr [1]  12/13 |
| entitled [1]  12/11 | got [1]  4/3 | JUDGE [5]  1/10 3/8 3/22 4/21 11/11 |
| ESQ [2]  1/15 1/18 | GOVERNMENT [10]  1/12 4/7 4/8 4/15 4/18 8/7 8/8 9/16 10/17 11/15 | judgment [1]  10/20 |
| even [1]  10/9 | Graham [1]  1/16 | JULY [1]  1/4 |
| event [2]  7/18 8/25 | granted [1]  10/2 | just [5]  3/12 5/18 6/4 7/16 10/4 |
| events [1]  7/19 | gratuitously [1]  7/24 | **K** |
| Every [1]  8/4 | guideline [6]  3/4 3/19 4/17 5/22 10/14 10/16 | |
| Everyone [1]  8/10 | guidelines [3]  4/8 4/10 4/12 | kind [4]  4/10 4/17 5/7 7/17 |
| everything [5]  3/21 4/6 4/8 4/18 6/18 | guilty [1]  6/25 | know [4]  6/11 6/11 6/12 8/20 |
| | | knowing [1]  7/1 |

## L

**lawyers** [1]  8/11
**leave** [2]  11/15 12/1
**legal** [1]  8/23
**let's** [2]  5/3 5/4
**letters** [1]  6/13
**level** [2]  7/20 10/13
**levels** [1]  4/4
**life** [1]  7/6
**like** [4]  9/12 9/15 9/18 9/20
**little** [2]  3/18 6/17
**lives** [1]  8/21
**LLP** [1]  1/16
**long** [1]  11/5
**look** [6]  3/24 4/10 4/13 4/17 6/7 7/5
**looked** [1]  5/7
**loss** [1]  4/5
**lost** [1]  6/18
**lot** [4]  6/12 10/4 10/8 10/10
**luck** [1]  12/2

## M

**ma'am** [1]  11/22
**made** [4]  6/6 6/20 8/4 10/4
**make** [3]  2/24 9/1 10/6
**making** [1]  9/14
**managed** [1]  10/9
**management** [1]  8/23
**manner** [1]  11/20
**MARCIA** [1]  1/9
**matter** [2]  2/17 12/11
**may** [5]  2/14 2/15 9/1 11/17 12/1
**me** [5]  3/14 6/20 9/22 10/3 10/5
**means** [1]  4/5
**meant** [1]  9/17
**meet** [2]  3/14 3/17
**meetings** [1]  4/9
**memorandum** [1]  6/13
**mentor** [1]  5/8
**mentoring** [2]  5/7 7/17
**MIAMI** [8]  1/5 1/14 1/19 1/22 1/22 3/14 12/14 12/14
**miller** [4]  1/21 1/23 12/12 12/12
**minor** [1]  8/23
**mistake** [3]  3/23 3/25 9/22
**mom** [1]  9/21
**moment** [1]  6/24
**money** [1]  5/12
**monitoring** [1]  6/2
**months** [2]  3/20 10/15
**more** [5]  5/4 5/4 5/17 5/17 5/17
**morning** [4]  2/3 2/7 2/10 9/9
**motion** [2]  3/2 10/1
**Mr.** [54]
**Mr. Davidson** [4]  7/16 9/16 10/1 11/10
**Mr. Newton** [16]
**Mr. Newton's** [1]  4/24
**Mr. O'Quinn** [2]  6/22 7/13
**Mr. Skwara** [30]
**Mr. Skwara's** [1]  6/16
**much** [4]  6/11 8/6 8/22 12/4
**must** [1]  11/24
**my** [8]  9/10 9/11 9/13 9/13 9/16 9/19 9/20 9/21

## N

**nature** [1]  7/4

**NE** [1]  1/13
**need** [1]  11/5
**never** [3]  4/14 7/3 12/3
**Newton** [16]
**Newton's** [1]  4/24
**next** [1]  7/2
**no** [6]  1/2 2/25 6/22 11/5 11/16 11/22
**normal** [1]  11/8
**North** [1]  12/14
**not** [8]  5/15 7/5 7/11 9/17 10/18 10/19 10/22 10/24
**note** [1]  11/3
**noted** [1]  11/7
**notice** [2]  3/19 11/24
**noticed** [1]  3/23
**Now** [1]  11/19
**number** [1]  2/4

## O

**O'Quinn** [3]  6/21 6/22 7/13
**object** [1]  11/20
**obstacles** [1]  10/8
**obviously** [1]  3/15
**offense** [1]  10/13
**office** [4]  1/13 5/20 6/16 8/1
**Official** [2]  1/21 12/13
**okay** [1]  5/15
**once** [1]  8/20
**one** [4]  7/1 8/17 10/14 10/22
**only** [2]  5/14 6/13
**open** [1]  8/7
**operation** [1]  7/14
**opportunity** [1]  2/20
**opposite** [1]  5/18
**order** [2]  11/5 11/14
**ordering** [1]  10/19
**original** [1]  3/23
**other** [6]  4/21 5/19 5/24 8/3 10/24 11/8
**our** [3]  2/2 5/20 6/12
**out** [1]  11/4
**outside** [1]  10/15
**over** [1]  3/11
**overcome** [1]  10/8
**own** [2]  8/4 8/4

## P

**P-R-O-C-E-E-D-I-N-G-S** [1]  2/1
**PA** [1]  1/18
**Pages** [1]  1/7
**paid** [1]  8/5
**paper** [1]  6/12
**Part** [1]  1/7
**pauperis** [1]  12/1
**pay** [2]  10/18 11/25
**people** [3]  10/5 10/5 10/10
**period** [2]  7/25 10/21
**person** [1]  10/4
**placed** [1]  10/21
**Plaintiff** [1]  1/4
**player** [1]  8/21
**players** [1]  8/24
**plea** [2]  3/23 7/11
**plead** [1]  6/25
**please** [4]  3/7 5/3 5/4 9/8
**point** [1]  7/19
**poor** [1]  9/14
**position** [2]  4/12 7/3

**possess** [1]  10/24
**possessing** [1]  10/23
**preliminary** [1]  11/14
**prepared** [3]  2/17 3/5 6/14
**preparing** [1]  3/22
**present** [2]  2/11 2/11
**presented** [2]  6/18 6/23
**presentence** [3]  2/21 10/7 11/7
**presided** [1]  3/11
**probation** [10]  2/14 4/3 5/23 8/14 9/1 10/21 10/22 11/1 11/3 11/8
**proceed** [4]  2/18 3/5 9/6 11/17
**proceeding** [1]  7/11
**proceedings** [2]  12/8 12/11
**professional** [1]  8/20
**prohibited** [1]  10/23
**pronounced** [1]  11/21
**prosecutor** [1]  8/11
**provide** [1]  8/7
**provided** [1]  3/13
**PSI** [2]  3/19 8/20
**public** [1]  7/3
**pursuant** [1]  3/2
**pursue** [2]  5/15 5/16
**put** [4]  3/21 4/11 4/18 5/9
**putting** [1]  6/4

## R

**range** [6]  3/4 3/20 4/17 5/22 10/14 10/16
**read** [1]  2/20
**reading** [1]  10/7
**ready** [1]  7/22
**really** [6]  3/20 4/10 4/25 5/3 6/6 10/11
**received** [4]  5/12 5/13 6/4 11/13
**recess** [1]  12/5
**recommendation** [1]  10/17
**recommended** [1]  5/20
**record** [2]  2/5 10/1
**recruiting** [1]  4/23
**reduction** [3]  3/4 3/9 4/19
**regarding** [1]  3/10
**regret** [2]  9/10 9/22
**related** [1]  11/6
**relationship** [1]  5/7
**release** [1]  6/1
**remain** [1]  9/25
**remember** [2]  5/2 5/16
**remind** [1]  7/9
**repeat** [1]  8/3
**report** [3]  2/21 10/7 11/7
**Reported** [1]  1/21
**Reporter** [2]  1/21 12/13
**reporting** [1]  4/6
**requirement** [1]  4/6
**resign** [1]  7/2
**resigning** [1]  8/18
**responsibility** [2]  7/21 9/10
**restriction** [2]  8/15 11/6
**retail** [2]  8/19 8/22
**retribution** [1]  8/8
**revealed** [1]  4/3
**review** [1]  2/21
**reviewing** [1]  4/22
**right** [2]  6/7 11/23
**RMR** [2]  1/21 12/12
**role** [1]  3/16
**roles** [1]  4/24

USA vs. Skwara                                                                                                                                        16

**R**

RON [2]  1/12 2/7
Room [1]  1/22
Ryan [1]  6/21

**S**

said [6]  3/24 4/1 4/13 5/14 6/7 12/2
same [1]  7/5
San [1]  3/14
saw [1]  6/11
say [3]  8/3 8/13 9/5
seated [2]  2/14 2/15
securities [1]  3/16
see [3]  10/11 11/5 12/3
seeking [2]  3/4 3/9
self [1]  8/15
self-employment [1]  8/15
sense [1]  3/12
sentence [8]  5/21 5/23 8/11 8/14 8/25 11/19 11/21 11/24
sentencing [5]  1/9 2/3 2/17 6/13 10/15
service [2]  6/3 9/19
set [1]  7/15
shall [5]  10/22 10/23 10/24 10/25 10/25
shareholders [1]  9/19
show [1]  6/5
showed [2]  5/6 5/11
shows [1]  10/7
shut [2]  5/2 5/14
significant [1]  4/19
signing [1]  7/7
similar [1]  7/4
since [2]  8/18 11/3
sincerity [2]  6/25 7/20
Sir [2]  9/8 11/23
SKWARA [32]
Skwara's [1]  6/16
so [10]  3/16 4/10 5/19 5/21 6/13 7/19 7/25 8/19 8/24 11/16
sober [1]  10/9
soccer [4]  8/19 8/20 8/22 8/23
some [6]  5/25 6/1 6/23 7/16 7/25 8/5
something [1]  7/22
sophisticated [1]  4/5
sorry [2]  9/16 9/23
sort [4]  4/10 4/11 5/9 5/19
South [1]  1/19
SOUTHERN [1]  1/1
speak [1]  8/19
special [3]  9/1 11/2 11/9
specifically [1]  9/21
Spectators [1]  2/15
sport [1]  8/21
stand [1]  9/8
standard [2]  11/1 11/8
standing [1]  9/25
stark [1]  5/13
start [1]  8/18
STATES [8]  1/1 1/3 1/10 1/21 2/6 2/8 3/1 12/13
stay [1]  10/9
Ste [1]  1/16
still [1]  8/21
sting [1]  7/14
store [2]  8/22 8/22
story [1]  6/15

Street [2]  1/13 1/16
Stubbs [1]  1/16
style [1]  7/18
submit [1]  11/13
submitted [1]  6/12
substance [2]  10/25 11/2
Suite [1]  12/14
Sunset [1]  1/19
supervised [1]  6/1
support [1]  10/10
supporting [1]  9/21

**T**

take [1]  9/10
talk [1]  7/12
tapes [1]  5/3
team [2]  4/15 8/23
tell [1]  6/15
term [1]  7/8
terms [1]  6/22
testified [1]  3/15
testify [1]  6/12
testimony [3]  4/9 5/6 5/11
than [1]  8/3
thank [8]  2/12 3/8 6/10 9/4 11/22 12/4 12/6 12/7
that [55]
that's [4]  3/20 4/1 6/7 11/4
then [3]  5/8 6/21 11/17
there [9]  2/23 4/4 5/25 6/5 11/5 11/6 11/10 11/11 11/16
these [1]  7/19
they [5]  4/13 5/14 9/11 9/17 10/11
thing [2]  6/7 10/12
things [3]  7/1 7/16 8/17
think [10]  3/17 5/11 5/25 6/6 6/17 7/10 10/7 10/11 11/11 11/12
this [23]
those [2]  5/19 6/4
thought [3]  4/21 5/22 6/15
three [1]  11/16
through [1]  10/9
time [6]  2/13 2/16 7/10 7/25 8/4 9/14
today [3]  2/13 2/16 10/11
told [2]  3/25 6/22
took [1]  5/21
total [1]  10/13
TRANSCRIPT [1]  1/9
transcription [1]  12/11
treatment [2]  6/2 11/2
trial [4]  5/6 5/11 7/12 7/25
trip [2]  6/20 8/5
trips [1]  3/14
truly [2]  9/16 9/22
trust [1]  5/9
truthfully [1]  3/15
trying [1]  11/12
turnaround [1]  6/6
two [5]  3/13 4/3 5/14 7/19 10/21

**U**

U.S [6]  1/13 6/16 6/21 8/1 9/15 12/13
U.S.A [2]  2/3 4/15
U.S.C [1]  7/1
unable [1]  11/25
uncertain [1]  6/22
UNITED [8]  1/1 1/3 1/10 1/21 2/6 2/8 3/1 12/13
until [1]  12/5
up [6]  4/1 5/7 5/20 7/7 7/15 11/15
upon [1]  10/16
us [4]  3/17 6/24 8/18 9/18

**V**

valued [1]  9/19
versus [1]  2/3
very [4]  8/17 8/21 8/21 12/4
violates [1]  5/9
visit [1]  6/21
volition [1]  8/4

**W**

walk [2]  10/5 10/11
want [6]  4/1 4/15 4/15 6/7 6/8 7/9
wanted [1]  5/16
was [22]
way [1]  7/5
we [19]
went [1]  3/24
were [7]  4/12 4/13 5/14 7/12 9/11 9/13 9/17
what [3]  4/11 4/25 6/17
when [4]  5/14 5/20 6/19 10/10
where [2]  4/12 8/15
which [3]  10/10 10/12 11/21
While [1]  10/22
who [5]  2/11 5/16 10/4 10/5 10/5
why [1]  4/19
Wilkie [1]  12/13
will [7]  3/19 5/15 8/13 10/15 10/19 11/3 11/13
WILLIAMS [2]  1/15 2/10
willingness [1]  3/17
wish [1]  2/24
within [1]  11/24
won't [2]  8/3 10/11
working [1]  11/4
would [10]  3/25 6/15 7/5 8/24 9/8 9/12 9/15 9/18 9/20 11/13
wrinkle [1]  11/12
wrong [1]  7/22

**Y**

YAN [2]  1/6 2/3
year [1]  6/19
year-and-a-half [1]  6/19
years [1]  10/21
Yes [1]  2/19
you [45]
your [22]